FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 07 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>BRANDON SCOTT LANGFORD,<br><br>Defendant. | NO. CR-13-6054-EFS-4<br><br>ORDER GRANTING MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE |

Before the court is Defendant, BRANDON SCOTT LANGFORD Motion to Modify Order Setting Conditions of Release and Memorandum In Support Without Oral Argument and Certificate of Service (Ct. Rec. 110).

For the reasons set forth in Defendant's Motions and Memorandums, IT IS HEREBY ORDERED that Defendant's motions are GRANTED. Defendant shall be allowed to reside with his fiancé. All other conditions of release remain in full effect.

IT IS SO ORDERED. The District Court Executive is directed to enter this order and to provide copies to counsel.

Dated this __7__ day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE