UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRANDON SCOTT LANGFORD (4),<br><br>                    Defendant. | CASE NO. CR-13-6054-EFS-4<br><br>**ORDER GRANTING DEFENDANT LANFORD'S MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE** |

   Before the Court, without oral argument, is Defendant Brandon Scott Langford's First Motion to Modify Order Setting Conditions of Release, ECF No. 164, and related Motion to Expedite, ECF No. 163. Defendant, who is set for sentencing on May 13, 2014, asks the Court to remove his electronic-home-confinement and GPS-monitoring condition, ECF Nos. 26 & 113. Defense counsel Scott Johnson conferred with counsel for the United States and with the assigned U.S. Probation Officer: neither have an objection to this request. ECF No. 164 at 2. After reviewing the record, the Court finds good cause to **HEREBY ORDER**:

   1.   Condition No. 16 is **TERMINATED.**

   2.   All other conditions of release remain in effect.

//

/

ORDER - 1

3.  Defendant's First Motion to Modify Order Setting Conditions of Release, **ECF No. 164**, and related Motion to Expedite, **ECF No. 163**, are **GRANTED**.

4.  ECF No. 162 is **DENIED AS MOOT**, as it was replaced by ECF NO. 164.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this  17th  day of March 2014.

s/ Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2013\6054.4.remove.cond.lc1.docx

ORDER - 2