PROB 12C
(6/16)

Report Date: August 12, 2016

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2016

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon Scott Langford | Case Number: 0980 2:13CR06054-EFS-4 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 15, 2014

| | |
|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting Bank Fraud, 18 U.S.C. § 1344, 371 and 2; Bank Fraud, 18 U.S.C. § 1344(2); |
| Original Sentence: | Prison 7 days; TSR - 36 days     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon     Date Supervision Commenced: July 15, 2014 |
| Defense Attorney: | Alex B. Hernandez, III     Date Supervision Expires: July 14, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
|   | **Supporting Evidence**: On August 3, 2016, the defendant reported for a random urinalysis test at First Step Community Counseling and failed to comply with the testing procedures. The initial test returned presumptive positive for the presence of amphetamine and once the defendant was advised he walked out of the facility and left. Part of the testing process is to sign the chain of custody form when a presumptive test is noted. |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
|   | **Supporting Evidence**: On August 3, 2016, the defendant provided the urine sample noted in Violation Number 1. The sample was forwarded to Alere Toxicology Services, Inc. for confirmation. The sample returned positive for the presence of methamphetamine. |

Prob12C
**Re: Langford, Brandon Scott**
**August 12, 2016**
**Page 2**

| | | |
|---|---|---|
| 3 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | |

**Supporting Evidence**: On August 11, 2016, the defendant provided a urine sample at the probation office in Richland. The sample returned presumptive positive for the presence of amphetamine and cocaine. The sample was forwarded for confirmation.

3 **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Supporting Evidence**: On August 11, 2016, the defendant provided a urine sample at the probation office in Richland. The sample returned presumptive positive for the presence of amphetamine and cocaine. The sample was forwarded for confirmation.

4 **Special Condition # 19:** Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. Defendant shall contribute to the cost of treatment according to defendant's ability to pay. Defendant shall allow full reciprocal disclosure between the supervision officer and treatment provider.

**Supporting Evidence**: The defendant is currently in non-compliance with his intensive outpatient drug treatment after leaving treatment early on August 2, 2016, without permission. The defendant also failed to report for treatment on August 8, 2016; August 9, 2016; and August 10, 2016.

On August 11, 2016, the defendant was asked why he had missed the sessions and not complied with treatment. The defendant answered, "it's boring as hell."

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

August 12, 2016
Date