PROB 12C
(6/16)

Report Date:  November 10, 2016

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 10, 2016**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Scott Langford          Case Number: 0980 2:13CR06054-EFS-4

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 15, 2014

Original Offense:          Conspiracy and Aiding and Abetting Bank Fraud, 18 U.S.C. § 1344, 371 and 2; Bank Fraud, 18 U.S.C. § 1344(2);

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 7 days; TSR - 36 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: July 15, 2014 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: July 14, 2017 | |

---

### PETITIONING THE COURT

            **To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 08/12/2016.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: On October 24, 2016, the defendant provided a random urinalysis which tested presumptive positive for the presence of opiates. On November 2, 2016, the sample was confirmed positive for the presence of morphine. The defendant stated he was not taking any medication at the time. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     November 10, 2016

David L. McCary

David L. McCary
U.S. Probation Officer

**Prob12C**
**Re: Langford, Brandon Scott**
**November 10, 2016**
**Page 2**

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ X]   Defendant to appear before the Judge assigned to the
       case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

November 22, 2016
_____
Date