PROB 12C
(6/16)

Report Date: December 16, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Scott Langford    Case Number: 0980 2:13CR06054-004

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 15, 2014

Original Offense:    Conspiracy and Aiding and Abetting Bank Fraud, 18 U.S.C. § 1344, 371 and 2; Bank Fraud, 18 U.S.C. § 1344(2);

| | | |
|---|---|---|
| Original Sentence: | Prison 7 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian L. Garrigues | Date Supervision Commenced: July 15, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: July 14, 2017 |

### PETITIONING THE COURT

To issue a bench warrant and incorporate the violations contained in this petition with the violations previously reported to the Court on 08/12/2016 and 11/10/2016.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On December 15, 2016, the defendant was directed to remain at the probation office until he could provide a random urinalysis sample for testing. The defendant left the building prior to providing the sample. Contact via telephone and text were attempted, but they went unreturned. |
| 7 | **Special Condition # 23**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 15, 2016, the defendant reported for a random urinalysis as directed. He could not provide a sample so he was directed to consume some water and wait until he could provide a sample. As noted above, the defendant left the building and did not provide a sample for testing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/16/16

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

December 16, 2016

Date